# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

February 17, 2016

Ms. Jeannette Clack
Western District of Texas, El Paso
United States District Court
525 Magoffin Avenue
Room 108
El Paso, TX 79901-0000

FILED
FEB 18 2016
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

        No. 15-50718    USA v. Carlos Munoz
                        USDC No. 3:14-CR-2227-1

Dear Ms. Clack,

Enclosed is a copy of the judgment issued as the mandate.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        Melissa Mattingly

                        By: _____
                        Melissa V. Mattingly, Deputy Clerk
                        504-310-7719

cc:
    Ms. Donna F. Coltharp
    Mrs. Maureen Scott Franco
    Ms. Jennifer Sheffield Freel
    Mr. Joseph H. Gay Jr.

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 15-50718

**Certified as a true copy and issued as the mandate on Feb 17, 2016**

Attest: *Jyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

UNITED STATES OF AMERICA,

　　Plaintiff - Appellee

v.

CARLOS MUNOZ,

　　Defendant - Appellant

Appeal from the United States District Court for the
Western District of Texas, El Paso

Before GRAVES, HIGGINSON, and COSTA, Circuit Judges.

PER CURIAM:

　　IT IS ORDERED that the appellee's opposed motion to dismiss appeal is granted.

　　IT IS FURTHER ORDERED that the appellee's alternative motion to extend time to file brief of appellee for 15 days from the denial of the motion to dismiss is denied as moot.

ISSUED AS MANDATE: 02/17/2017